AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. McAVOY, CLERK

ALLAN MARGITAN, married and acting individually, )
    *Plaintiff* )
v. )  Civil Action No. 2:22-CV-0173-TOR
)
SPOKANE COUNTY, a municipal corporation, )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

    on Defendant's Motion to Dismiss Pursuant to Rule 12 (ECF No. 13).

Date: January 26, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
    *(By) Deputy Clerk*

Linda L. Hansen